**Janet CANDELA, Appellant Pro Se,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.**

**No. WD 63024.**

Missouri Court of Appeals,
Western District.

June 22, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 2004.

Application for Transfer Denied
Sept. 28, 2004.

Janet Candela, Chillicothe, pro se.

Andrew W. Hassell, Assistant Attorney General, Jefferson City, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, PATRICIA BRECKENRIDGE, Judge and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM.

Appellant Janet Candela appeals from the dismissal of her *pro se* petition for declaratory judgment filed in the Circuit Court of Cole County challenging the Missouri Board of Probation and Parole's denial of parole to Appellant. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).